UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00272-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LONNELL A. NORRIS,

        Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Continue Suppression Hearing **(#14)** and the Amended Motion to Continue Suppression Hearing **(#17)**. The Court being fully advised in the foregoing,

**ORDERS** that Defendant's Motion to Continue Suppression Hearing **(#14)** and Amended Motion to Continue Suppression Hearing **(#17) are GRANTED.** The Suppression Hearing currently set for **October 10, 2006 is VACATED** and reset to **November 27, 2006 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 15th day of September, 2006.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge