UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00272-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LONNELL A. NORRIS,

        Defendant.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

        The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, November 2, 2006 at 8:30 a..m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

        The parties shall be prepared to address the Second Motion to Continue Suppression Hearing **(#22).**

        Dated this 24th day of October, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge