UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00272-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LONNELL A. NORRIS,

       Defendant.

## ORDER RESETTING TRIAL

**IT IS ORDERED** that the trial in the above captioned matter is reset to **January 16, 2007 at 1:30 p.m.** on the docket of the Honorable Marcia S. Krieger in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**IT IS FURTHER ORDERED** that a final trial preparation conference is set for **January 9, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 7th day of December, 2006

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge