UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00272-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LONNELL A. NORRIS,

        Defendant.

### ORDER REASSIGNING CASE

THIS MATTER comes before the Court, *sua sponte*. In order to accommodate the rights of the Defendant to a speedy trial and with the authorization of Chief Judge Lewis T. Babcock, pursuant to D.C.COLO.LCrR 50.1(A) this matter is reassigned to District Judge John L. Kane.

Dated this 3rd day of January, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge