**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00272-JLK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LONNELL A. NORRIS,

    Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Upon petition of the United States and for good cause shown, IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring the United States Marshal to produce the witness, **SIMON L. DAVIS**, #33744-013, DOB May 1980, before United States District Court Judge John L. Kane, forthwith, to testify in the United States District Court for the District of Colorado in the above-entitled and pending case at trial beginning **January 16, 2007**, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the above-named cause, or upon further Order of the Court, thereafter to return the witness to the institution wherein now confined.

DATED January 3, 2007.

                                         **s/John L. Kane**
                                         SENIOR U.S. DISTRICT JUDGE