**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  January 9, 2007                                      Court Reporter: Kara Spitler
                                                            Deputy Clerk: LaDonne Bush

Criminal Action No. 06-cr-00272-JLK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Joshua Stein |
| | Suneeta Hazra |
| Plaintiff, | |
| v. | |
| LONNELL NORRIS, | Gabriel N. Schwartz |
| | Mitchell Robinson (by telephone) |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Final Trial Preparation Conference**

4:32 p.m.      Court in session.

Statement by Mr. Stein regarding the Superseding Indictment and the stipulated jury instructions.

Argument by Mr. Stein and Mr. Schwartz regarding the Motion to Continue Trial Date.

**ORDERED:**  Oral motion by Mr. Schwartz to continue this hearing is denied.

**ORDERED:**  Motion to Continue Trial Date (Doc. 43) is denied.

**ORDERED:**  Government's Motion for Protective Order (Doc. 39) is granted.  The information shall be submitted under seal to the Court by Thursday January 11, 2007, at noon.  In addition, the authority upon which the Government relies and the amended proposed jury instructions shall be submitted by January 11, 2007, at noon.

**ORDERED:**  Bond will continue.

4:44 p.m.      Court in recess.

Hearing concluded.
Time in court: 00:12