IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00272-JLK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LONNELL A. NORRIS,

    Defendant.

## NOTICE TO COUNSEL AND ORDER

Counsel of record are hereby formally notified of the United States Supreme Court decisions announced on Monday, December 10, 2007 in Case No. 06-6330, *Kimbrough v. United States* and *Gall v. United States*.

It is ORDERED that on or before January 4, 2008, counsel shall become familiar with the above cited decisions and confer and report to this court any action to be taken with respect to the sentences imposed on Lonnell A. Norris on April 11, 2007 with judgment entered thereon on April 12, 2007.

    Dated: December 13, 2007

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT