IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00272-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LONNELL A. NORRIS,

    Defendant.

## ORDER

Kane, J.

    Defendant has moved *pro se* for a modification of his sentence under *Kimbrough v. U.S.*, 128 S. Ct. 558 (2007) and 18 U.S.C. § 3582(c)(2) (Doc. 75). Counsel was appointed to represent Defendant in his Motion for Reduction of Sentence and I have reviewed both the submissions of supplemental authority filed by Mr. Norris *pro se* (Docs. 78, 80), as well as the formal Supplement to *Pro Se* Motion (Doc. 87) filed on his behalf by counsel. Despite the commendable efforts by both Mr. Norris himself and his counsel, I am unable to grant the relief requested.

    The statutory mandatory minimum sentence provisions under which Defendant was sentenced remain in effect and, even with any two-level reduction to which he may be entitled under the amended Guidelines, the mandatory minumum and consecutive sentences imposed on Mr. Norris remain in effect. Change in the sentencing framework applicable to Mr. Norris requires an act of Congress which, to this date, has not occurred. If an when Congress acts to change this law, Defendant may file a new motion addressing

the issue.

The current Motion for Reduction of Sentence (Doc. 75) is DENIED without prejudice to refile in the event of a change in the law. Counsel's Motion for Extension of Time to File Supplement (Doc. 86) is GRANTED, *nunc pro tunc* to March 4, 2009, when filed.

DATED: March 16, 2009.

                                            *s/John L. Kane*
                                            SENIOR U.S. DISTRICT JUDGE